Fleischman-Smith Corporation, Respondent, v. Albany Strand Theatre Co., Inc., Appellant, Impleaded with Joseph Smith and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

Anna Field, Respondent, v. George W. Glaze, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

. The Travelers Insurance Company, Respondent, v. Morris Pomerantz and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

Century Play Co., Inc., Respondent, v. Co-National Plays, Inc., and Another, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Transfer Tax upon the Estate of George E. Matthies, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Application of National Sponge and Chamois Company, Inc., Appellant, for an Order Requiring Mervyn Wolff, Respondent, to Pay over Certain Moneys, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

Adolph Shapiro, Appellant, v. Henry Lowenthal, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

Adolphus D. Strauss and Others, Respondents, v. Compagnie Algerienne, S. A., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

Maxwell Brown Co., Inc., Respondent, v. Jacques L. Galef, Appellant.— Order affirmed, with ten dollars costs and disbursements; defendant to serve an amended answer within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.